UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

State Court Case No.  2021 CA 000868

CLAUDETTE ROWLAND,

    Plaintiff,

vs.                                Case No.

DOLLAR TREE STORES,

    Defendants.

---

## NOTICE OF REMOVAL

---

Defendant, DOLLAR TREE STORES, ("Defendant"), hereby removes this civil action to the United States District Court for the Northern District of Florida, pursuant to 28 U.S.C. §1332 and 1446, and in support thereof states the following:

1.    Defendant files this Notice of Removal pursuant to 28 U.S.C. §1446.  This Notice of Removal is being filed with the Court within thirty (30) days of the receipt of papers notifying Defendant of the amount in controversy.

2. Plaintiff, Claudette Rowland ("Plaintiff"), commenced this action against Defendant in the Circuit Court of the Second Judicial District, in and For Leon County, Florida, by filing a Complaint (Case No. 2021-CA-000868) on May 11, 2021. The Complaint was served on Defendant, on May 19, 2021, attached as "**Exhibit A**". Accompanying this Notice of removal is a copy of the Summons as "**Exhibit B**", and the state clerk's docket as "**Exhibit C**".

3. The time for removing this action to Federal Court has not expired.

4. Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice will be filed with the Clerk of Court, Leon County, Florida, promptly after the filing of this Notice, and written notice will be served on counsel for the adverse party. A copy of the Notice to State Court of Removal (without attachments) is attached as "**Exhibit D**" and a copy of the Notice of Removal to Adverse Party (without attachments) is attached hereto as "**Exhibit E**".

## **JURISDICTION**

5. This Court has diversity jurisdiction over the claims pleaded in the Complaint pursuant to 28 U.S.C. § 1332(a)(1), because the action is

between citizens of different states. Defendant is a foreign corporation of Virginia and Plaintiff is a citizen of the State of Florida.

6. The amount in controversy exceeds $75,000. There can be no dispute as the amount in controversy, given the injuries alleged and medical costs incurred, evidenced by medical bills produced by Plaintiff's counsel in this case, and communications from Plaintiff's counsel as to future medical recommendations.

7. Accordingly, because the amount in controversy involves more than $75,000 and there is complete diversity of citizenship between Plaintiff and Defendant, the Court has diversity jurisdiction of this matter pursuant to 28 U.S.C. §1332(a)(1).

8. Removal of the action is proper pursuant to 28 U.S.C. §1446.

## **VENUE**

9. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Northern District of Florida is the proper venue for removal because it embraces the place where the state court action is pending.

WHEREFORE, Defendant requests the above-described action now pending against it in the Circuit Court of the Second Judicial District, in and For Leon County, Florida be removed to the United States District Court for the Northern District of Florida.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing document was filed via CM/ECF on July 29, 2021. I also certify the foregoing document is being served on this day to all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via Transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail for those counsel or parties who are not authorized to receive electronically filed pleadings in this action.

    Respectfully submitted,

**CARR ALLISON**
305 South Gadsden Street
Tallahassee, Florida 32301
T: (850) 222-2107
F: (850) 222-8475
E1: eburgess@carrallison.com
E2: kscarpone@carrallison.com
E3: bechols@carrallison.com
E3: lkustel@carrallison.com

*/s/ Elizabeth Burgess*
Elizabeth Burgess  ◆  FBN 13313
Kayla M. Scarpone  ◆  FBN 113606

***Attorneys for Defendant***

<u>Service List</u>

Service via Transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail.

Craig A. Richards, Esquire
Morgan & Morgan
313 North Monroe Street, Suite 401
Tallahassee, Florida 32301
(Crichards@forthepeople.com)
Attorney for Plaintiff