IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT,
IN AND FOR LEON COUNTY, FLORIDA

**CLAUDETTE ROWLAND,**

    **Plaintiff,**                         Case No.:   2021 CA 000868

vs.

**DOLLAR TREE STORES, INC.,**

    **Defendant.**
_____/

## COMPLAINT

Plaintiff, CLAUDETTE ROWLAND, sues Defendant, DOLLAR TREE STORES, INC., and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff, CLAUDETTE ROWLAND is a resident of Leon County, Florida.

3. At all times material to this action, Defendant, DOLLAR TREE STORES, INC., is a Foreign Profit Corporation doing business in Leon County, Florida.

4. At all times material to this action, Defendant, DOLLAR TREE STORES, INC., was the owner and in possession of the premises located at 2415 North Monroe Street, Suite 120 in Tallahassee, Florida, which was open to the general public, including the Plaintiff.

5. On or about Novemeber 10, 2020, Plaintiff, CLAUDETTE ROWLAND was a patron when she slipped and fell on an oil based substance on the floor of Defendant's premises.

6. Immediately after Plaintiff slipped, an employee of Defendant saw the oil and attempted to clean it up.

7. At that time and place, Plaintiff, CLAUDETTE ROWLAND was an invitee lawfully on the property of the Defendant, which owed her a duty to exercise reasonable care for her safety.

8. At that time and place, Plaintiff, CLAUDETTE ROWLAND slipped as a result of an improperly cleaned/maintained floor on Defendant's property in the isle.

9. Defendant knew, or in the exercise of reasonable care should have known, of the condition, or Defendants created the condition either through the acts of its employees, in its negligent maintenance of the floors, or in its negligent method of operation, and Defendants should have corrected the condition or warned Plaintiff of its existence.

**COUNT I- NEGLIGENCE AGAINST DOLLAR TREE STORES, INC.**

Plaintiff repeats and re-alleges all allegations in Paragraph 1 through 9 as if each paragraph was fully repeated verbatim.

10. At said time and place, Plaintiff was an invitee at DOLLAR TREE STORES, INC., lawfully upon the premises of Defendant, who owed Plaintiff a duty to exercise reasonable care for her safety.

11. At said time and place, Defendant breached their duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a) Negligently creating a condition that Defendant knew or should have known would result in a dangerous condition to the general public, including Plaintiff herein;

b) Negligently failing to maintain or adequately maintain the floors on Defendant's property, thus creating a hazardous condition to members of the public utilizing said property, and floors, including the Plaintiff herein;

c) Negligently failing to inspect or adequately inspect the property, and floors as specified above, to ascertain whether the property and floors constituted a hazard to pedestrians utilizing said property, and floors, including the Plaintiff herein;

d) Negligently failing to warn or adequately warn the Plaintiff of the danger of the property, floors on Defendant's premises, when Defendant knew or through the exercise of reasonable care should have known that said property, floors were unreasonably dangerous and that Plaintiff was unaware of same; and

e) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

12. As a result, Plaintiff fell and suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, CLAUDETTE ROWLAND demands judgment for damages against Defendant, DOLLAR TREE STORES, INC. in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs. Plaintiff further demands trial by jury of all issues so triable.

RESPECTFULLY submitted this 11th day of May, 2021.

                                        MORGAN & MORGAN P.A.

                                      /s/ *Craig A. Richards*
                                  **CRAIG A. RICHARDS, ESQUIRE**
Florida Bar No.: 0118878
Morgan & Morgan
313 North Monroe Street, Suite 401
Tallahassee, Florida 32301
Primary Email: CRichards@forthepeople.com
Secondary Email: amingus@forthepeople.com
amolthen@forthepeople.com
Phone: (850) 201-2461
Fax: (850) 201-2765
*Attorneys for Plaintiff*